UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
**JS-6**

| Case No. | CV 23-02182-SPG-PD | Date | December 6, 2023 |
|---|---|---|---|
| Title | Yuzhi Liu v. USCIS Los Angeles Asylum Office | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS)

Pursuant to the order filed at docket no. [10] this matter is closed. Plaintiff shall file a notice of dismissal or a request and proposed order to reopen the case if deemed necessary.

**IT IS SO ORDERED.**

: 

Initials of Preparer   pg